FILED
2009 Jul-14 PM 12:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DAVID LICHTENSTEIN,
derivatively on behalf of REGIONS
FINANCIAL CORPORATION,

    PLAINTIFF,

vs.    CASE NO. CV 09-J-1364-S

C. DOWD RITTER, et al.,

    DEFENDANTS.

### **ORDER**

In accordance with the accompanying memorandum opinion entered this day,

It is **ORDERED** by the court that this case is **REMANDED** to the Circuit Court of Jefferson County, Alabama, from where it was improvidently removed.

**DONE** and **ORDERED** this the 14th day of July, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE